**MODIFY, AFFIRM, REVERSE and REMAND, and Opinion Filed April 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00035-CV

### DAVID EOFF, Appellant
### V.
### CENTRAL MUTUAL INSURANCE COMPANY, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09034**

## SUPPLEMENTAL OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Fillmore

In our opinion dated April 7, 2015, we suggested a remittitur of $4,319.25 of the actual damages awarded to Central Mutual Insurance Company (Central Mutual). We stated that if the remittitur was filed by Central Mutual within fifteen days of the date of the opinion, we would modify the trial court's judgment with respect to the damages awarded and affirm as modified.

On April 15, 2015, Central Mutual timely filed its consent to the suggestion of remittitur and asked this Court to modify the trial court's judgment consistent with our opinion and judgment in this matter. Accordingly, we vacate our judgment, but not our opinion, dated April 7, 2015, and modify the trial court's judgment with respect to damages awarded to reflect the remittitur of $4,319.25. The trial court's judgment is modified to award Central Mutual $1,200 in actual damages. *See* TEX. R. APP. P. 46.3. As modified, we affirm the trial court's judgment.

We remand this case to the trial court for a recalculation of prejudgment interest on the awarded damages.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140035SF.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID EOFF, Appellant

No. 05-14-00035-CV        V.

CENTRAL MUTUAL INSURANCE
COMPANY, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas,
Trial Court Cause No. DC-12-09034.
Opinion delivered by Justice Fillmore,
Justices Bridges and Brown participating.

We vacate our judgment dated April 7, 2015. In accordance with this Court's opinion of April 7, 2015 and supplemental opinion of April 23, 2015, we **MODIFY** the trial court's judgment to award appellee Central Mutual Insurance Company actual damages in the amount of $1,200.00.

We **REVERSE** the trial court's judgment awarding appellee Central Mutual Insurance Company prejudgment interest and **REMAND** for recalculation of the amount of prejudgment interest.

It is **ORDERED** that, as modified, the judgment of the trial court is **AFFIRMED** in all other respects.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of April, 2015.